**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SUPREET SINGH,

    Petitioner,

v.

RAY CARNES, in his official capacity as Warden of the Torrance County Detention Facility; WILLIAM SHAW, in his official capacity as Assistant Field Office Director, Albuquerque Field Office, Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; PAMELA BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,

    Respondents.

Case No. 1:26-cv-00154-MIS-LF

## ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION TO ENFORCE JUDGMENT AND ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Petitioner Supreet Singh's Motion to Enforce Judgment and For Order to Show Cause ("Motion"), ECF No. 11, filed February 11, 2026. Petitioner moves for the Court to (1) order immediate release of the Petitioner, (2) issue an order to show cause, and (3) grant any attorneys' fees to which Petitioner may be entitled. Id. at 4. The Court ordered Respondents to file a Response by 2:00 pm Mountain Time, February 12, ECF No. 12. Respondents failed to do so. The Court GRANTS Petitioner's Motion as to an order for immediate release and the issuance of an order to show cause. The Court DENIES WITHOUT

PREJUDICE Petitioner's Motion as to his request for attorneys' fees. Petitioner may file a separate motion for attorneys' fees once Petitioner is release.

Accordingly, it is **HEREBY ORDERED** that:

1. Respondents are **ORDERED** to release Petitioner by 12:00 pm Mountain Time on February 13, 2026;

2. Counsel for Respondents is **ORDERED** to provide a copy of this order to Counsel for the Warden of the Torrance County Detention Center;

3. Counsel for Respondents is **ORDERED** to file a Notice of Compliance with this Order by 1:00 pm Mountain Time on February 13, 2026; and

4. Respondents are **ORDERED TO SHOW CAUSE** within seven (7) days as to why they, or the agents responsible for releasing Petitioner, should not be held in contempt.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE